NO ORDER MEMORANDUMS FOR JULY 7, 2015